IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN B. HARRIS,<br><br>     Petitioner,<br><br>vs.<br><br>MICHAEL B. MYERS,<br><br>     Respondent. | 8:20CV235<br><br>**ORDER** |

  Plaintiff filed a Notice of Appeal on July 21, 2020. (Filing no. 9.) Plaintiff appeals from the court's Judgment dated July 10, 2020. (Filing No. 8.)

  IT IS ORDERED that:

  (1) Plaintiff's Motion for Certificate of Appealability (Filing no. 10) is denied.

  (2) Plaintiff is entitled to proceed in forma pauperis on appeal.

  (3) The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

  Dated this 22nd day of July, 2020.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge